IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

**FILED**
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OTIS HARRIS, III #45827-080
USP-Lompoc
Plaintiff,
3901 Klein Blvd.
Lompoc, Calif.
93436

-vs-

FEDERAL BUREAU OF PRISONS

_____/

CIVIL NO. _____

Case: 1:08-cv-00238
Assigned To : Roberts, Richard W.
Assign. Date : 2/13/2008
Description: FOIA/Privacy Act

I

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 USC § 552, <u>as amended</u>, to order the production of agency records described herein.

II

JURISDICTION

1. This court has jurisidiction over this action pursuant to the Freedom of Information Act, 5 USC § 552(a)(4)(4).

2. Plaintiff is Otis Harris, III, presently an inmate at the Federal Penitentiary in Lompoc, California, serving a 360 month sentence.

3. Defendant, Federal Bureau of Prisons [BOP], is an agency of the excutive branch of the United States Government, as defined by 5 USC § 552(e) and it has possession of and control over the records that Plaintiff seeks.

**RECEIVED**
JAN 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4.  By letter dated November 16, 2005, Plaintiff requested that Defendant provide access to or copies of:

Information and documents pertaining to Calivn L. Broadnax, Jr., now deceased. More specifically;

    a.  Judgement & Commitment Papers

    b.  PreSentence Investigation Reports (PSR)

A copy of the November 16, 2005 letter request is attached as "Exhibit "A".

5.  Defendant has responded to Plaintiff's request where Mr. Michael D. Hood, Regional Counsel for the Defendant averred:

> "The central file pertaining to Mr. Broadnax was receieved and no Pre-Sentence Investigation Report was located. A total of eight (8) pages were located in response to your request for a copy of the judgement and commitment papers related to Mr. Broadnax.
>
> All eight (8) pages of responsive documents are being forwarded in their entirety to "staff at the United States Penitentiary in Lompoc, Califronia, who will provide you with an opportunity to review the documents. Pursuant to Bureau Of Prisons Policy inmates are prohibited form possessing records pertaining to other than themselves. Therefore, y ou will not be permitted to retain a copy of the records."

See "Exhibit B", letter dated August 21, 2006.

6.  On September 27, 2006, Plaintiff filed an appeal regard- Counsel Hood's finding arguing that he be provide with the information originally requested and further maintained that because Mr. Braodnax had passed way, he could no longer be considered an inmate. See "Exhibit C".

7.  Plaintiff was advised that his appeal had been received on December 4, 2006. See "Exhibit D"."

8.  Because Plaintiff appeal had been pending nearly six months and Defendant had not responded, by letter dated June 7, 2007

Plaintiff inquired regarding said appeal. See "Exhibit E"

9.  On July 7, 2007, Defendant, by letter, among other things, Defendant stated:

> "Your appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing. Upon receipt of the requested information from BOP, your appeal will be assigned to a staff member of this Office, and completed as quickly as practicable."
>
> \*\*\*\*\*\*\*\*\*\*\*
>
> "However, based on the average review times, we anticipate that the delay will extend for several weeks."

See "Exhibit F."

10. Plaintiff has exhausted his administrative remedies under the Freedom of Information Act, 5 U.S.C. 552(A)(6)(6).

11. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for Defendant's refusal to disclose them to him.

12. Plaintiff also request a free waiver since release of the requested information will primarily benefit the general public and will be in the public interset.

**WHEREFORE,** Plaintiff prays that this Court;

A.  Declare that Defendant's refusal to disclose that records requested by Plaintiff is unlawful:

B.  Order Defendant herein to immediately process and release the requested documents:

C.  Order Defendant herein to waive all fees, and

D.  Grant to Plaintiff any other relief as the interest of justice may require.

                                      Respectfully submitted

                                      _____
                                      Otis Harris, III
                                      Reg. No. 45827-080
                                      United States Penitentiary
                                      3901 Klein Blvd
                                      Lompoc, CA 93436

Dated: December 5th, 2007

4



Otis Harris III
Register Number: 45827-080
Taft Correctional Institution
P.O. Box 7001
Taft, California 93268

November 16, 2005

United States Justice Department
Federal Bureau of Prisons, Director
Freedom of Information Section
320 First Street, N.W.
Washington, D.C. 20534

                Re: Freedom of Information Request
                    Pursuant to 5 U.S.C. § 552(a)

Mr. Director:

      This request is being made pursuant to Title 5 U.S.C. § 552, Freedom of Information Act. Here, I'm requesting your agency to provide me with all releasable information stored and contained in your records and files; to include computers, and microfiche in regards to a former inmate, one Calvin Louis Broadnax, Reg. No. 29385-138.

      More specifically, this writer is requesting a copy of Mr. Broadnax's Judgement & Commitment Papers along with his Pre-sentence Investigation Report (PSR). Calvin Broadnax, who's now deceased (see death certificate attached as exhibit A) was born on September 7, 1948, correct Social Security Number 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, FBI No. 873-2656, was arrested sometime in 1971 for violations of the Federal Control Substance Act.

      To the best of this writer's knowledge, in 1972, the former inmate was convicted and sentenced in the Eastern District of Louisiana at New Orleans (U.S. Federal District Court) to a term of 10 years where he was subsequently housed at the United States Federal Penitentiary in Terre Haute, Indiana. This writer believes that Mr. Broadnax was formerly discharged from this sentence on November 13, 1983.

                                            Exhibit A

    In the meantime, if any other information in regards to this subject (request) is needed, please contact this writer by mail at the above institution's address at your earliest convenience. Thanking you in advance for your time and consideration. I remain;

                                      Respectfully yours,

                                        Otis Harris III

## AFFIDAVIT OF OTIS HARRIS III

I, Otis Harris III, being first duly sworn, deposes and says the following:

1. That I am currently incarcerated at Taft Correctional Institution (TCI), Post Office Box 7001, Taft, California 93268.

2. That my prison registration number is 45827-080.

3. That I affirm that to the best of my knowledge, all of the information contained in the foregoing "Request" and accompanying "Exhibit" are true correct.

Dated this 22nd day of November, 2005.

_____
Otis Harris III


STATE OF CALIFORNIA )
                    ) ss:
COUNTY OF KERN      )

Subscribed and sworn to before me on this 22nd day of November, 2005, by Otis Harris III, and proved to me on the basis of satisfactory evidence to be the person who apppeared before me.

_____
NOTARY PUBLIC

My commission exp.: 3-21-06

EARLENE K. SMITH
Commission # 1344294
Notary Public - California
Kern County
My Comm. Expires Mar 21, 2006



U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

AUG 2 1 2006

Otis Harris III
Register Number 45827-080
United States Penitentiary
3901 Klein Blvd.
Lompoc, California 93436


Re:  Freedom of Information Request Number 2006-08362
     BROADNAX, Calvin (Deceased); Reg. No. 29385-138

Dear Mr. Harris:

This is in response to your recent request for a copy of specific Federal Bureau of Prisons records pertaining to former inmate Calvin Broadnax who is now deceased.  You specifically request a copy of judgment and commitment papers and the Pre-sentence Investigation Report pertaining to Mr. Broadnax.

The central file pertaining to Mr. Broadnax was reviewed and no Pre-Sentence Investigative Report was located.  A total of eight (8) pages were located in response to your request for a copy of the judgment and commitment papers related to Mr. Broadnax.

All eight (8) pages of responsive documents are being forwarded in their entirety to staff at the United States Penitentiary in Lompoc, California, who will provide you with an opportunity to review the documents.  Pursuant to Bureau of Prisons policy inmates are prohibited from possessing records pertaining to inmates other than themselves.  Therefore, you will not be permitted to retain a copy of the records.

                                        Exhibit B

**SENSITIVE - LIMITED OFFICIAL USE**

FOIA Req. No. 2006-08362
Otis Harris III; Reg. No. 29358-138
Page 2

If you believe this action to be a denial of your request, pursuant to Title 28, Code of Federal Regulations, Section 16.9, this action may be appealed to the Attorney General within sixty (60) days of the date of this letter by writing to the Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, DC 20530-0001. Please ensure that the envelope and request are clearly marked "FOI Request Appeal."

Sincerely,

Michael D. Hood
Regional Counsel

lc

**SENSITIVE - LIMITED OFFICIAL USE**

Otis Harris, III
Reg. No. 45827-080
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

September, 27, 2006

United State Attorney Genearl
Office of Information and Privacy
Department of Justice
1425 New York Avenue, Suite 11050
Washington, DC 20530-0001

**Re: Freedom of Information Request Appeal,
No. 2006-08362;**
(Broadnax, Calvin (Deceased
Reg. No. 29385-0138)

Factual Background And Procedural History

This appeal finds its genesis in an FOIA Request initiated by this Writer on November 16, 2006. See Exhibit A, FOIA request pursuant to 5 USC § 552(a). There, this Writer requested that the Federal Bureau of Prisons(BOP) release all information stored and contained in its records and files, to include computers/mircofiche, regarding a former inmate, now deceased, Calvin Louis Broadnax, Jr.

To be sure, in a letter dated April 25, 2006, in regards to said request, the BOP responed stating among other things:

> "The information on the "Death Certificate" you
> provided cannot be verified by Social Security
> Death Index or by other death indexes; There-
> fore, you must provide an original copy of the
> death certificate you submitted as a part of your
> FOIA Request. Once you obtain this information,
> you may resubmit your request."

See Exhibit B, letter dated April 25, 2006 attached.

Because the agency's rejection of this Writer's request failed to come pursuant to Congressional Mandate or Supreme Court precedent, where the certificate found attached to the initial request was and is in fact a certified copy, this Writer replied in kind . See Exhibit C, letter dated June 7, 2006.

Exhibit C

Upon realizing its failure to comply with statute in this regard, on August 4, 2006, the BOP maintained:

> "The documents responsive to your request have been retired to the National Archives Center. We have requested the records and hope to receive them in the near future. Due to these unusual circumstances, pursuant to Title 28, Code of Federal Regulations, § 16.5(c), we are extending the time limit for processing your request by ten working days."
>
> *****
>
> "Your request has been placed in chornological order based on the date of receipt and will be handled as expeditiously as possible when the responsive records are received from the National Archives Center."

See Exhibit D, letter dated August 4, 2006.

But, soonthereafter, in a letter signed by Mr. Michael D. Hood, Regional Counsel, the BOP lamented:

> "The central file pertaining to Mr. Broadnax was received and no Pre-Sentence Investigation Report was located. A total of eight (8) pages were located in response to your request for a copy of the judgement and commitment papers related to Mr. Broadnax."
>
> All eight (8) pages of responsive documents are being forwarded in thier entirety to "staff at the United-States Penitentiary in Lompoc, California, who will provide you with an opportunity to review the documents. Pursaunt to Bureau of Prison Policy inmates are prohibited from possessing records pertaining to inmates other than themsleves. Therefore, you will not be permitted to retain a copy of the records."

See Exhibit E, letter dated August 21, 2006.

If Calvin Louis Broadnax, Jr., who the BOP concedes is dead (see exhibits B@D) is still an inmate pursuant to any Code of Federal Regulation, Statute or Supreme Court percedent, then this Writer will forego any further attempts to retain these documents. Because, aside from BOP Policy, under the circumstances herein, Mr. Broadnax would have certain undeniable privacy rights. However, if this appeal forum agreed, as the BOP concedes, that Broadnax is dead, than this forum is obligated to issue a directive ordering the BOP to release these materials forthwith.

Argument

In an all out effort to resurrect and reincarcerate the deceased, Mr. Broadnax, Counsel Hood and the BOP seeks an expansive reading of 28 CFR § 543.11(a-J). See attached as Exhibit F; also see BOP Policy Statement 1315.07, "Legal Activites of Inmates at 9-15, incooperating § 543.11(a-J). At any rate, a persual of these provisions not only infer but dictates that they were established and promulgated for the living and not the dead. No where can it be said by men of reasoning that these regulations written for or with the dead in mind.

But, however, there is more: Blacl's Law Dictionary, Eight Edition at page 803, defines "**inmate**" as follows:
1) "A person confined in a prison, hospital, orother institution.[Cases:Convicts]
2) Archaic. "A person living inside a place; one who <u>lives</u> with other in a dwelling."

Id. Out of due respect for the deceased, this Writer will not discuss whether Mr. Broadnax is confined in an institution or living in a dwelling.

Adjudging from the plain reading of the Regulations on which Counsel rely and Black's Law Dictionary definition of the english term "**inmate**", the agency has either misinterpreted its own regulation and or acted arbitraily and capriciously, where its determination does not only defies...logic, but violates 5 USC §§ 301 @ 706(2)(A). Put another way, the BOP has no legal right to withhold these documents-precluding this Writer's possession

With the BOP having failed to resurrect Mr. Broadnax, something that prevents reincarceration, it is this Writer's prayer that this forum issue an order directing the BOP to release the documentation requested and referenced herein forthwith and without any further delay.

Respectfully submitted



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                Washington, D.C. 20530

DEC 15 2006

Mr. Otis Harris III
Register No. 45827-080
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

    Re: Request No. 2006-08362

Dear Mr. Harris:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on December 4, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-0332**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                                                 Sincerely,

                                                 Priscilla Jones
                                                 Supervisory Administrative Specialist

Exhibit D

Otis Harris, III
Reg. No. 45827-080
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

June 7, 2007

Ms. Priscilla Jones
Supervisory Administrative Specialist
United States Department of Justice
Office of Information and Privacy
Washington, DC 20530

**Re: Appeal Number: 07-0332**

Dear Ms. Jones:

On December 15, 2006, by mail, you advised that my appeal had been received and docketed. You maintained that because of the substantial backlog of pending appeals adjudication of the instant appeal would take some time. This letter is in regards to my appeal status.

As indicated in the above, more than six months has elasped since the appeal was initiated with no word from your department. Please, at your earliest convenience, inform me as to when I can reasonably expect some conclusion.

Thanking you in advance for your time and consideration. I remain;

Respectfully yours,

*[signature]*

Exhibit E

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642      Washington, D.C. 20530

JUL 16 2007

Mr. Otis Harris III
Register No. 45827-080
United States Penitentiary
3901 Klein Boulevard
Lompoc, CA  93436

    Re:  Appeal No. 07-0332

Dear Mr. Harris:

    This responds to your letter dated June 7, 2007, regarding the status of your administrative appeal from the action of the Federal Bureau of Prisons (BOP) on your Freedom of Information Act request.

    Your appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing.  Upon receipt of the requested information from BOP, your appeal will be assigned to a staff member of this Office, and completed as quickly as practicable. Due to the large number of appeals received by this Office and the individual review of each, it is very difficult to predict accurately when a determination will be reached on your appeal.  However, based on the average review times, we anticipate that the delay will extend for several weeks.

    I hope this information is of assistance to you and appreciate your continued patience.

                              Sincerely,

                              Priscilla Jones
                              Supervisory Administrative Specialist

PAJ:CIH

                              Exhibit F

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-238
RWR

## I (a) PLAINTIFFS

Otis Harris III

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 45827-080

## DEFENDANTS

Federal Bureau of Prisons

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00238
Assigned To : Roberts, Richard W.
Assign. Date : 2/13/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552(a) FOIA

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   **DEMAND $** 0   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

**DATE** 2/13/08  **SIGNATURE OF ATTORNEY OF RECORD** NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd