UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTIS HARRIS III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0238 (RWR) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Defendant, Federal Bureau of Prisons, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed on this 27th day of March, 2008, postage pre-paid, to Plaintiff *pro se* at the following address:

Otis Harris, III
Reg. No. 45827-080
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

                                       /s/_____
                                      JUDITH A. KIDWELL
                                      ASSISTANT U.S. ATTORNEY