UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                                      |   |                              |
|--------------------------------------|---|------------------------------|
| OTIS HARRIS III,                     | ) |                              |
|                                      | ) |                              |
| Plaintiff,                           | ) |                              |
|                                      | ) |                              |
| v.                                   | ) | Civil Action No. 08-0238 (RWR) |
|                                      | ) |                              |
| FEDERAL BUREAU OF PRISONS,           | ) |                              |
|                                      | ) |                              |
|                                      | ) |                              |
| Defendant.                           | ) |                              |

_____ )

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Federal Bureau of Prisons, through its undersigned attorneys, hereby

respectfully requests an enlargement of time, to and including May 30, 2008, within which to file

its answer or other response to the complaint filed herein.  Defendant's answer or other response

is now due on April 7, 2008.

This is Defendant's first request for an enlargement of time for this purpose.  Because the

Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and

Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion.  Defendant has been in contact with Plaintiff and has

released documents to Plaintiff that may resolve this matter.  Therefore, additional time is needed

by Defendant to determine whether Plaintiff will be voluntarily dismissing his suit.  Accordingly,

Defendant is requesting an extension of time to and including May 30, 2008, to file its answer or

other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time to

File Answer or Other Response and proposed Order were mailed on this 4th day of April, 2008,

postage pre-paid, to Plaintiff *pro se* at the following address:

Otis Harris, III
Reg. No. 45827-080
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

                                      /s/
                                      JUDITH A. KIDWELL
                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OTIS HARRIS III,                          )
                                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil Action No. 08-0238 (RWR)
                                          )
FEDERAL BUREAU OF PRISONS,                )
                                          )
                                          )
            Defendant.                    )
_____  )

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file

its answer or other response to Plaintiff's complaint, any opposition thereto, and the entire record

herein, it is this _____ day of April, 2008,

        **ORDERED** that Defendant's motion is **GRANTED**; and it is

        **FURTHER ORDERED** that Defendant shall have until and including May 30, 2008, to

file its answer or other response to the complaint herein.


                              _____
                              UNITED STATES DISTRICT JUDGE

Copies:

To counsel by ECF

Otis Harris, III
Reg. No. 45827-080
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436