UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OTIS HARRIS III, )
        Plaintiff, )
)
   -v- )   Civil Action No. 08-0238(RWR)
)
FEDERAL BUREAU OF PRISONS, )
        Defendant. )

## Plaintiff's Motion To Withdraw Complaint

    Plaintiff, proceeding pro se, on February 13, 2008, alleged in a Complaint filed with the Clerk's Office of this Court, that the Federal Bureau of Prisons was withholding releaseable information that Plaintiff had requested pursuant to the Freedom of Information Act. See USC § § 552 and 552(a). On the aforestated date, the court granted Plaintiff's application to proceed in "forma pauperis.

    However, subsequent to two weeks of negotiations with the defendant by way of conference calls, Plaintiff has decided to withdraw his Complaint. The Bureau of Prisons and its Regional Counsel Mr. Jason A. Sickler released the requested documentation on March 31, 2008. See letter attached hereto.

    Because of the successful negotiations the matter have been resolved and there is no need of further litigations. In light of this reality, the Plaitiff is withdrawing his Complaint and requesting the court to consider rescinding its February 13, 2008 Order pursuant to 28 USC § 1915(b).

## Conclusion

WHEREFORE, premises considered, Plaintiff prays that this Honorable Court grant his motion to Withdraw Complaint and rescind its Order pursuant to 28 USC § 1915(b) and grant any other relief it deem justed and fair.

## Certificate of Service

I, Plaintiff, Otis Harris, III, do hereby certify that a true and correct copy of the foregoing motion to Withdraw was placed in this institution's legal mail depository with sufficient postage attached and mailed to:

Judith A. Kidwell
Assistant United States Attorney
555 4th Street, NW, Rm. E4905
Washington, DC 20530

On this 9th day of April, 2008

Respectfully submitted

Otis Harris, III
Reg. No. 45827-080
United States Penitentairy
3901 Klein Blvd
Lompoc, CA 93436

Plaintiff, pro se

(2)

U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

CERTIFIED MAIL 7007 3020 0003 2741 8776
RETURN RECEIPT REQUESTED

March 31, 2008

Dashan Harris
140 West Hillsdale
Englewood, California 90302

RE: Freedom of Information Request No. 2006-08362
    BROADNAX, Calvin (Deceased); Reg. No. 29385-138

Dear Mr. Harris:

This is in connection with your father, Otis Harris' above referenced Freedom of Information request and his civil action complaint, number 1:08-CV-00238-362, filed in the District of Columbia.

Mr. Harris' requested a copy of the Judgment and Commitment Order and Pre-Sentence Investigation Reports for former inmate Calvin Broadnax, who is now deceased. A review of records pertaining to Mr. Broadnax, maintained by the Bureau of Prisons revealed nine (9) pages of documents which were responsive to Mr. Harris' request. Those documents have previously been made available to Mr. Harris; however, he has requested the documents be mailed to you for possession. Enclosed are the nine (9) pages consisting of Judgment and Commitment related documents. As previously explained to Mr. Harris, there are no Pre-Sentence Reports maintained in the Bureau of Prisons records pertaining to Mr. Broadnax.

It is noted that the documents specified above are currently the subject of litigation in the District of Columbia; therefore, no appeal provisions are available.

Sincerely,

Jason A. Sickler
Regional Counsel

Enclosure: 9 pages

ln

cc: Otis Harris, Reg. No. 45827-080
    USP Lompoc

SENSITIVE BUT UNCLASSIFIED