UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTIS HARRIS, III, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0238 (RWR) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

MEMORANDUM ORDER

Plaintiff moves to dismiss this Freedom of Information Act case because he has received the requested records. He also requests that the Order of February 13, 2008, assessing an initial partial filing fee and granting leave to proceed *in forma pauperis*, be vacated. Because a prisoner's "obligation to pay the filing fee [arises] at the time he [seeks] to file his [case]," *In re: Smith*, 114 F.3d 1247, 1251 (D.C. Cir. 1997), no basis exists for vacating the assessment order. Accordingly, it is

ORDERED that plaintiff's motion to withdraw the complaint [Dkt. No. 9] is GRANTED; it is further

ORDERED that defendant's motion for an extension of time to answer the complaint [Dkt. No. 8] is DENIED as moot; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is DISMISSED.

_____/s/_____
RICHARD W. ROBERTS
DATE: April 17, 2008           United States District Judge